UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

FILED
JUL - 7 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:11-00159

18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2252A(b)(2)

BRETT DAVID BOWYER

# INFORMATION

The United States Attorney Charges:

On or about September 17, 2010, at or near Princeton, Mercer County, West Virginia, and within the Southern District of West Virginia, defendant BRETT DAVID BOWYER did knowingly possess material, that is, computer graphic image files, containing hundreds of images and videos of child pornography, as defined in Section 2256 of Title 18 of the United States Code, that is, visual depictions of children under the age of eighteen years engaged in sexually explicit conduct, that been shipped and transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

**FORFEITURE**

In accordance with 18 U.S.C. § 2253(a), and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised upon the conviction of the defendant BRETT DAVID BOWYER of a violation of 18 U.S.C. §§ 2251 et seq., as set forth in this Information, the defendant shall forfeit to the United States any visual depictions and any books, magazines, periodicals, films, videotapes, and other matter which contains such visual depictions, which were produced, transported, mailed, shipped, or received in connection with the violation set forth in this Information; any real and personal property constituting and traceable to gross profits or other proceeds obtained from the violation set forth in this Information; and any real and personal property used or intended to be used to commit or to promote the commission of the violation set forth in this Information, including, but not limited to, the following:

1. One Toshiba laptop computer, Model Satellite L445D-S5976, serial number 1A400589K;

2. One Toshiba 250 GB hard drive, Model MK2555G5X, serial number Z986F1ALS; and

3. One Seagate 80 GB hard drive, Model ST380012A, serial number 3JV4JCN4.

R. BOOTH GOODWIN II
United States Attorney

By: _____
LISA G. JOHNSTON
Assistant United States Attorney